VICKI ROGAL, Respondent, v. ELSA LA ROE, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CITY BANK FARMERS TRUST COMPANY, as Trustee under Two Deeds of Trust Made by William W. Astor, Respondent, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Appellants. [672, 674–676, 678, 680–688 Madison Ave., 26, 24, 22, 20 E. 62nd St., Borough of Manhattan.] — Order unanimously modified by fixing the value of the property herein for the year 1945–46 as follows:

| Lot | Land | Buildings | Total |
|---|---|---|---|
| 114 | $145,000 | $ 25,000 | $170,000 |
| 15 | 170,000 | 25,000 | 195,000 |
| 17 | 85,000 | 15,000 | 100,000 |
| 56 | 164,000 | 30,000 | 194,000 |
| 57 | 65,000 | 5,000 | 70,000 |
| 58 | 53,000 | 35,000 | 88,000 |
| 59 | 41,000 | 6,000 | 47,000 |
| 157 | 53,000 | 15,000 | 68,000 |
| Totals | $776,000 | $156,000 | $932,000, |

and as so modified affirmed, with $20 costs and disbursements to the appellants. No opinion. Settle order on notice. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM MARCUS, Appellant.— Judgment unanimously affirmed. No opinion. Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

DOMENIC ABBRESCIA, an Infant, by His Guardian ad Litem, JOHN ABBRESCIA, et al., Appellants, v. HILLSIDE HOUSING CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

MURRAY WENGLIN et al., Doing Business as MAYFAIR MERCHANDISE CO., Respondents, v. RAVEN ELECTRIC Co., Appellant, and ACE ELECTRIC CO., INC., et al., Undertenants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

CITY BANK FARMERS TRUST COMPANY, as Trustee under Deed of Trust Made by ANNIE M. DEL DRAGO, Appellant-Respondent, v. ANNIE M. DEL DRAGO, Individually and as Executrix of FRANCES L. WALLACE, Deceased, Respondents-Appellants.— Judgment unanimously affirmed, with costs payable out of the estate. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See post, p. 1056.]

In the Matter of MILTON GLADSTONE.— Motion in all respects denied. Present — Peck, P. J., Glennon, Dore and Callahan, JJ.